UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| KENNAN SIMMONS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CAUSE NO.  3:06-CV-118 RM |
| | ) | |
| FRANK CANARECCI, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

OPINION AND ORDER

Plaintiff Kennan Simmons seeks leave to amend his complaint by interlineation to allow him to seek injunctive and declaratory relief and various forms of damages. Federal Rule of Civil Procedure 15(a) provides that leave to amend a complaint should be "freely given when justice so requires,"

Mr. Simmons wants to amend his complain to seek declaratory relief and injunctive relief concerning the operation of the St. Joseph County Jail. He is no longer housed at the jail, he is at the Westville Correctional Facility. If a prisoner is transferred to another facility, "his request for injunctive relief against officials of the first prison is moot unless 'he can demonstrate that he is likely to be retransferred.'" Higgason v. Farley, 83 F.3d 807, 811 (7th Cir. 1996), quoting Moore v. Thieret, 862 F.2d 148, 150 (7th Cir. 1988). A prisoner's transfer also renders his claims for declaratory relief moot. Higgason v. Farley, 83 F.3d at 811, citing Murphy v. Hunt, 455 U.S. 478, 482 (1982) (applying the capable-of-repetition doctrine without discrimination between claims for declaratory relief and claims for injunctive relief).

For the foregoing reasons, the court GRANTS the plaintiff's request for leave to amend his complaint by interlineation (docket #22) in part, and DENIES it in part. The

court DENIES him leave to amend his complaint to add requests for injunctive and declaratory relief. The court GRANTS him leave to amend his complaint to seek nominal and punitive damages.

    SO ORDERED.

    ENTERED: December  22 , 2006

                                                /s/ Robert L. Miller, Jr.
                                                Chief Judge
                                                United States District Court